IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO.: 5-17-CV-604-FL

| | |
|---|---|
| STACY MONROE, as Administrator for the Estate of ERLINE FREEMAN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| FORJAS TAURUS, S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

This matter comes now before the Court upon Plaintiff Stacy Monroe, as Administrator for the Estate of Erline Freeman, and Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.'s Joint Motion for Court Order.

The Court finds that Defendant Taurus International Manufacturing, Inc. issued a subpoena from this Court on April 12, 2018 (the "Subpoena") commanding the Cumberland County District Attorney's Office to produce certain materials. The Court further finds that the Subpoena was served on the Cumberland County District Attorney's Office on April 17, 2018.

Having considered the Parties' Joint Motion for Court Order, and for good cause having been shown, it is hereby ORDERED that the Joint Motion for Court Order be GRANTED.

The Cumberland County District Attorney's Office is hereby ORDERED and DIRECTED to produce materials responsive to the Subpoena and to allow Plaintiff and Defendants to make and take with them copies of all such materials.

1

SO ORDERED, this the 15th day of May, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge